### IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| GORDON R. PARKER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. CIV-07-1306-C |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social | ) |
| Security Administration, | ) |
| | ) |
| Defendant. | ) |

### ORDER

The above case involves a judicial review by this Court of an administrative decision of the Commissioner of the Social Security Administration. A transcript of the administrative record has been filed in the case. A pretrial herein is excused by the Court. The following briefing schedule is ordered to allow the parties to present their respective positions and legal authorities regarding the judicial review:

> Plaintiff's brief is due within 45 days from the date of this order. Defendant's brief is due within 60 days thereafter. Plaintiff may file a reply brief within 10 days thereafter.

After the above briefs are filed, the case will be submitted to the Court for a Report and Recommendation.

IT IS SO ORDERED this 22nd day of January, 2008.

_____
DOYLE W. ARGO
UNITED STATES MAGISTRATE JUDGE

**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| **GORDON R. PARKER,** | ) |
| | ) |
|          **Plaintiff,** | ) |
| | ) |
| vs. | )   Case No. CIV-07-1306-C |
| | ) |
| **MICHAEL J. ASTRUE,** | ) |
| **Commissioner of Social** | ) |
| **Security Administration,** | ) |
| | ) |
|          **Defendant.** | ) |

**CONSENT TO JURISDICTION BY A
UNITED STATES MAGISTRATE JUDGE**

      In accordance with the provisions of Title 28 U.S.C. §636(c), the undersigned party or parties to the above-captioned civil matter hereby voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in the case (including the trial) and order the entry of a final judgment.

**PLAINTIFF**:

_____
Attorney/Party Name Printed or Typed

_____
Signature


**DEFENDANT:**

_____
Attorney/Party Name Printed or Typed

_____
Signature


NOTE:    Return this form to the Clerk of the Court after it has been executed by all parties to the case.