IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| GORDON R. PARKER, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | No. CIV-07-1306-C |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner, Social Security | ) | |
| Administration, | ) | |
| | ) | |
| Defendant | ) | |

## J U D G M E N T

After careful consideration of the pleadings on file, the administrative record, and the Report and Recommendation of the United States Magistrate Judge, this Court is of the opinion that the final decision of the Defendant Commissioner is supported by substantial evidence, and, therefore,

IT IS ORDERED, ADJUDGED AND DECREED that the final decision of the Commissioner is affirmed.

DATED this 15th day of January, 2009.

*/s/ Robin J. Cauthron*
ROBIN J. CAUTHRON
United States District Judge